UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| COLEMAN-TOLL LIMITED PARTNERSHIP, | ) | 2:11-CV-01227-PMP-LRL |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| REHAU, INC., | ) | |
| Defendants. | ) | |

The Court having read and considered Defendant's fully briefed Motion to Dismiss Defendant Rehau Incorporation (Doc. #10) filed September 1, 2011, and good cause appearing,

**IT IS ORDERED that** Defendant's Motion to Dismiss Defendant Rehau Incorporation (Doc. #10) is **DENIED**.

DATED: October 18, 2011.

PHILIP M. PRO
United States District Judge