MORRIS PETERSON
Steve Morris, Bar No. 1543
Ryan Lower, Bar No. 9108
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Fax: (702) 474-9422
sm@morrislawgroup.com
rml@morrislawgroup.com

Kathleen Taylor Sooy (*pro hac vice*)
Tracy A. Roman (*pro hac vice*)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Fax: (202) 628-5116
ksooy@crowell.com
troman@crowell.com

Attorneys for Defendant
REHAU Incorporated

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COLEMAN-TOLL LIMITED PARTNERSHIP,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>REHAU, INC., and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:11-cv-1227-PMP-CWH<br><br>**JOINT MOTION TO STAY PROCEEDINGS PENDING TRANSFER TO MDL AND MEMORANDUM OF POINTS AND AUTHORITIES** |

　　　　Plaintiff Coleman-Toll Limited Partnership ("Coleman-Toll") and defendant REHAU Incorporated ("REHAU") (collectively "the parties") move the Court to stay all proceedings in this action pending a decision by the Judicial Panel on Multidistrict Litigation (the "Panel") regarding whether to centralize this action and twelve other actions pending in federal district courts in Nevada, Arizona, and Oregon in a single district court for pretrial proceedings pursuant to 28 U.S.C. § 1407.

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

## MEMORANDUM OF POINTS AND AUTHORITIES

On July 27, 2011, Coleman-Toll filed the Complaint in this action, alleging that it incurred damages as the result of plumbing components in the Terra Bella Community located in Las Vegas, Nevada. Coleman-Toll asserts four causes of action against REHAU: Equitable Indemnity, Breach of Implied Warranty, Breach of Express Warranty, and Attorney's Fees. REHAU filed a motion to dismiss the Complaint on September 1, 2011, which the Court subsequently denied. On November 2, 2011, REHAU filed its Answer to the Complaint. There are currently no pending motions in this matter.

On November 10, 2011, a number of plaintiffs involved in other actions filed a motion with the Panel requesting transfer of thirteen cases to the United States District Court of Nevada in Las Vegas, Nevada ("MDL Motion"). *See In re Yellow Brass Plumbing Component Litig.*, MDL Docket No. 2321 (Exhibit 1). The MDL Motion lists this case as one of the actions for which the plaintiffs seek centralization. *See Id.* at 4. The parties to this action were not involved in the filing of the MDL Motion.

The Court has the "inherent authority to stay proceedings before" it. *Mangani v. Merck & Co.*, No. 2:06-cv-00914, 2006 WL 2707459, at *1 (D. Nev. Sept. 19, 2006) (quoting *Rohan ex rel. Gates v. Woodford*, 334 F.3d 803, 817 (9th Cir. 2003)). Factors relevant to the Court's consideration of "a motion to stay proceedings pending a possible transfer to an MDL court" include "any potential prejudice to the non-moving party, hardship or inequity to the moving party if the proceedings are not stayed, and the interests of judicial economy and efficiency." *Id.*

Both parties in this action request a stay of the proceedings here, and therefore there is no prejudice to any party if the stay is granted. Denying the stay, however, will cause hardship to the parties because absent a stay, they face imminent deadlines for pretrial and other case management activities. At the same time, the parties need to participate in the briefing, argument and other proceedings before the Panel.

A stay promotes the interests of judicial economy and efficiency. If the stay is denied, this Court risks "needlessly expend[ing] its energies familiarizing itself with the intricacies of a case that [may] be heard by another judge." *Rivers v. Walt Disney Co.*, 980 F. Supp. 1358, 1360 (C.D.

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

2

Cal. 1997). Further, "any efforts on behalf of this Court concerning case management will most likely have to be replicated by the judge that is assigned to handle the consolidated litigation if the MDL Panel does not consolidate the . . . cases in this Court." *Id.*

For these reasons, the parties respectfully request that the Court enter an order directing that (1) this action is stayed pending the Panel's action on the MDL Motion and (2) the parties shall notify the Court of the Panel's action on the MDL Motion within 10 days of the Panel taking action.

Dated: November 22, 2011

| MORRIS PETERSON | MAUPIN, COX & LeGOY |
|---|---|
| By /s/ Ryan Lower | By /s/ Carolyn Renner |
| Steve Morris, Bar No. 1543 | Donald A. Lattin, Bar No. 693 |
| Ryan Lower, Bar No. 9108 | Rick R. Hsu, Bar No. 5374 |
| 300 South Fourth Street | Carolyn Renner, Bar No. 9164 |
| Las Vegas, Nevada 89101 | 4785 Caughlin Parkway |
| sm@morrislawgroup.com | Reno, Nevada 89519 |
| rml@morrislawgroup.com | dlattin@mclrenolaw.com |
| | rhsu@mclrenolaw.com |
| Kathleen Taylor Sooy (pro hac vice) | crenner@mclrenolaw.com |
| Tracy A. Roman (pro hac vice) | |
| Crowell & Moring LLP | Attorneys for Plaintiff |
| 1001 Pennsylvania Avenue, N.W. | Coleman-Toll Limited Partnership |
| Washington, D.C. 20004 | |
| Telephone: (202) 624-2500 | |
| Fax: (202) 628-5116 | |
| ksooy@crowell.com | |
| troman@crowell.com | |

Attorneys for Defendant
REHAU Incorporated

IT IS SO ORDERED.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Dated: November 28, 2011.

3

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of MORRIS PETERSON, and that the following documents were served via electronic service: **JOINT MOTION TO STAY PROCEEDINGS PENDING TRANSFER TO MDL AND MEMORANDUM OF POINTS AND AUTHORITIES**

TO:

Donald A. Lattin
Rick R. Hsu
Carolyn Renner
MAUPIN, COX & LEGOY
4785 Caughlin Parkway
Reno, NV 89519
dlattin@mclrenolaw.com
rhsu@mclrenolaw.com
crenner@mclrenolaw.com

Attorneys for Plaintiff
Coleman-Toll Limited Partnership

DATED this 22nd day of November, 2011.

By *Patty Cannon*

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422