UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| COLEMAN-TOLL LIMITED PARTNERSHIP,<br><br>        Plaintiff,<br><br>v.<br><br>REHAU, INC.,<br><br>        Defendant. | 2:11-cv-01227-PMP-CWH<br><br>ORDER |

There having been no action in this case since the order of the United States Judicial Panel on Multidistrict Litigation denying transfer on February 9, 2012,

IT IS ORDERED that this case is hereby DISMISSED.

DATED:  February 25, 2013

_____
PHILIP M. PRO
United States District Judge